JS-6

FILED
CLERK U.S. DISTRICT COURT

FEB 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL FLAMENCO, | Case No. EDCV 08-53 GHK(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| SALAZAR, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 2/29/08

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE